UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Western Cab Company, | Case No. 2:24-cv-00401-CDS-NJK |
|---|---|
| Plaintiff | **Order Transferring Case** |
| v. | |
| Permian Resources Corp. f/k/a Centennial Resource Development, Inc. et al., | |
| Defendants | |

There are multiple actions pending in this district regarding plaintiff Western Cab Company's claims alleging conspiracy among the largest U.S. shale oil producers to coordinate and constrain U.S. shale oil production. *See* 2:24-cv-00103-GMN-MDC, 2:24-cv-00198-GMN-MDC, 2:24-cv-00253-GMN-MDC, and 2:24-cv-00298-GMN-MDC.

A notice of related cases is filed (ECF No. 8), and an examination of the complaint reveals that it is related to the others filed in this district within the meaning of Local Rule 42-1. This action asserts substantially overlapping claims, names similar defendants, involves similar questions of fact, and shares a common question of law—whether the defendants engaged in a conspiracy to coordinate, and ultimately constrain, domestic shale oil production in violation of federal and state antitrust laws. *See* LR 42-1(a).

Because the cases are related, assignment to the same District Judge and Magistrate Judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. *See* Fed. R. Civ. P. 42(a)(3) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are pending before the court). Accordingly, the assigned district judges agree to transfer this action to District Judge Gloria M. Navarro and Magistrate Judge Maximiliano D. Couvillier, III for all further proceedings.

## Conclusion

The Clerk of Court is therefore kindly directed to transfer and reassign Case No. 2:24-cv-00401-CDS-NJK to District Judge Gloria M. Navarro and Magistrate Judge Maximiliano D. Couvillier, III for all further proceedings.

Dated: March 7, 2024

_____  
Gloria M. Navarro  
United States District Judge

_____  
Cristina D. Silva  
United States District Judge